MARY STARZYK, Appellant, v. ANIELA MRUK, as Executrix, etc., of STANLEY STARZYK, Deceased, Respondent.— Judgment affirmed, with costs. All concur.

LYMAN J. SEELY, Respondent, v. CURTISS AEROPLANE AND MOTOR COMPANY, INCORPORATED, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

ROBERT L. MILLER, Respondent, v. ANNETTE MILLER, Defendant, Impleaded with WILLIS L. VAN DOREN and Another, Appellants.— Judgment modified so as to provide for sale of mortgaged premises in parcels in the inverse order of alienation and as so modified affirmed, with costs to the respondent. All concur.

ROSE MONE, Appellant, v. CITY OF LITTLE FALLS, Respondent.— Judgment affirmed, with costs. All concur.

CHARLES MONE, Appellant, v. CITY OF LITTLE FALLS, Respondent.— Judgment affirmed, with costs. All concur.

JOHN M. SHEPHERD, Respondent, v. PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. All concur.

FRANCES FRANK, Appellant, v. LOUIS LEITER and Others, Respondents, Impleaded with LOUIS KAMP and Others, Defendants.— Judgment and order affirmed, with costs. All concur, except Sears, P. J., and Taylor, J., who dissent as to the affirmance of the order only but as to that vote for reversal on the law and a remittance of the matter to the Special Term for further proceedings on the authority of *Dalrymple* v. *Williams* (63 N. Y. 361) and *Wirt* v. *Reid* (138 App. Div. 760).

THE SALT SPRINGS NATIONAL BANK OF SYRACUSE, N. Y., Respondent, v. COUNTY OF ONONDAGA, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that the alleged illegal assessment for four successive years gave rise to four causes of action which should be separately stated and numbered. All concur.

UNION TRUST COMPANY OF ROCHESTER and Another, Respondents, v. JOSEPH BEVACQUA, Appellant, Impleaded with HELEN C. ALLEN and Others, Defendants. — Order modified by providing for striking out certain paragraphs of the notice of examination, and as so modified affirmed, without costs of this appeal to either party. All concur.

HERBERT A. SMITH, Appellant, v. MASSACHUSETTS ACCIDENT COMPANY, Respondent.— Judgment affirmed, with costs. All concur. [143 Misc. 227.]

JOSEPH SIVECZ and Another, Appellants, v. MATHEW GAEIRE, Also Known as MATHEW GUERRA, Respondent.— Judgment affirmed, with costs. All concur.